# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ROSARIO FEMMINELLA AND<br>JOAN FEMMINELLA<br><br>                Plaintiffs<br><br>v.<br><br>WASHINGTON MUTUAL BANK FA AND<br>JPMORGAN CHASE BANK, NATIONAL<br>ASSOCIATION, ALIAS<br><br>                Defendants | C.A. No. 11-366M |

### **DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS**

Now comes JPMorgan Chase Bank, N.A. ("Defendant") and respectfully moves to dismiss the Complaint filed in this action.

The grounds for this motion are set forth in Defendant's memorandum of law, which is submitted herewith.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ David J. Pellegrino (#7326)
David J. Pellegrino (#7326)
Christopher M. Wildenhain (#8619)
Charles A. Lovell (#4004)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
djp@psh.com

DATED: June 10, 2013

2

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 10, 2013.

/s/ David J. Pellegrino

1847737_1/4773-300